**P A I D**

135917

UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 07-17848-BKC-PGH
IN RE:                                    PROCEEDING UNDER CHAPTER 13

KATHRYN W. LOWERY
XXX-XX-1545

DEBTOR                    /

**NOTICE OF DEPOSIT OF FUNDS WITH
THE U.S. BANKRUPTCY COURT CLERK**

> U.S. BANKRUPTCY COURT
> SO. DISTRICT OF FLORIDA-WPB
>
> OCT 0 5 2011
>
> FILED ___ RECEIVED ___

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $522.83 remaining in her bank account
which represents unpresented checks drawn and mailed to entities
pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in
a case under Chapter 13 in the above-named case. The Trustee has made
a good-faith effort to verify the correct mailing address for said
entitiies and to deliver the funds before presenting this notice. More
than sufficient time has passed for these checks to be presented for
payment.

Attached and made a part of this notice, is a list, pursuant to
Bankruptcy Rule 3001, of the names, claim numbers and addresses of the
claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum
has been deposited with the Clerk of the U.S. Bankruptcy Court,
Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing
Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court
Clerk was mailed to the parties listed on the attached service list
this 3rd day of October, 2011.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

DEBTOR
KATHRYN W. LOWERY
596 37 AVENUE
VERO BEACH, FL 32968

ATTORNEY FOR DEBTOR
JULIANNE R. FRANK, ESQUIRE
11382 PROSPERITY FARMS RD
SUITE #230
PALM BEACH GARDENS, FL 33410

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

**Attachment - Listing of Claimant**

Case Number:   07-17848-BKC-PGH

Creditor No.:  N/A

Claimant:      DEBTOR
               KATHRYN W. LOWERY
               596 37 AVENUE
               VERO BEACH, FL 32968